# EXHIBIT F

August 25, 2009

Francois KARAKE  A079 187 167
C/O Immigration and Customs Enforcement
Washington Field Office

## Notice of Potential Termination of Deferral of Removal

You are hereby informed that U.S. Immigration and Customs Enforcement (ICE) is considering whether to credit assurances received from the Government of Rwanda that you will not be tortured if removed to Rwanda. If the ICE Assistant Secretary credits those assurances, he will recommend that the Secretary of Homeland Security terminate the immigration judge's order, dated September 17, 2008, deferring your removal to Rwanda under regulations implementing U.S. obligations under Article 3 of the Convention Against Torture (CAT).

You are a native and citizen of Rwanda. On or about March 2, 2003, you entered the United States at San Juan, Puerto Rico, as a Parolee, which status expired before immigration proceedings commenced. On December 3, 2007, an immigration judge ordered you removed to Rwanda but deferred removal under regulations implementing U.S. obligations under Article 3 of the CAT. This removal order became administratively final on September 17, 2008. Pursuant to 8 C.F.R. §§ 1208.17(f) and 208.17(f), a deferral of removal order may be terminated by the Secretary of Homeland Security if authorized Department of Homeland Security officials, including the ICE Assistant Secretary, consult with the Secretary of State and determine that, based on diplomatic assurances received from the government of the country to which removal has been ordered deferred, an alien is not more likely than not to be tortured if removed there.

The U.S. Government received the enclosed documentation from the Government of Rwanda indicating that you will not face torture if returned there. These documents provide that you will be accorded all legal and procedural guarantees under the laws and Constitution of Rwanda, as well as under Rwanda's international legal obligations, which include the prohibition of torture and other forms of cruel, inhuman or degrading treatment or punishment. Thus, consistent with the procedures set forth in 8 C.F.R. §§ 1208.18(c) and 208.18(c), ICE is considering whether to credit the assurances received from the Government of Rwanda as sufficiently reliable to permit your removal to Rwanda consistent with U.S. obligations under Article 3 of the CAT. Should the ICE Assistant Secretary credit the assurances, he will refer his recommendation to the Secretary of Homeland Security that she invoke her authority to terminate the deferral order pursuant to 8 C.F.R. §§ 208.17(f) and 1208.17(f). If the Secretary concurs with such a recommendation, ICE will remove you to Rwanda.

August 25, 2009

Prior to the ICE Assistant Secretary's determination whether to credit the assurances, you may submit, within 21 days of the date of this notice, evidence to ICE demonstrating why the assurances should not be credited. Any evidence you wish to submit may be sent to:

    U.S. Immigration and Customs Enforcement
    Office of the Executive Secretariat
    500 12th Street, SW
    4th Floor
    Washington, D.C. 20024

All timely submitted evidence will be considered by the ICE Assistant Secretary during his crediting determination.

August 25, 2009

**Notice-Referral for Termination**
A079 187 167– KARAKE

PROOF OF SERVICE

(1) **Personal Service (Officer to complete both (a) and (b) below.)**

    (a)   I _____, _____,
                 Name of ICE Officer            Title

certify that I served _____ with a
                         Name of detainee

copy of this Notice of Potential Termination of Deferral of Removal and accompanying

documents at _____
                                Institution

on _____, at _____.
   Date         Time

    (b)   I certify that I served the custodian _____,
                                              Name of Official
_____, at _____, on
       Title                                Institution
_____ with a copy of this document.
     Date

OR

(2) **Service by certified mail, return receipt. (Attach copy of receipt)**

        I _____, _____,
certify
         Name of ICE Officer            Title
that I served _____and the custodian _____,
              Name of detainee                           Name of Official
with a copy of this document by certified mail at _____on _____.
                                                      Institution       Date

( ) cc: Attorney of Record or Designated Representative

August 25, 2009

## CERTIFICATE OF SERVICE

On August 25, 2009, I, Lolita Lukose, sent by federal express overnight delivery, a copy of this document and any attached pages to the respondent's counsel at the following address:

Mr. Ryan Tisch, Esq.
Crowell & Morning
1001 Pennsylvania Avenue, NW
Washington DC  20004

Lolita Lukose
Assistant Chief Counsel
Department of Homeland Security
Immigration and Customs Enforcement
901 N Stuart Street, Suite 708
Arlington, VA  22203

Date: August 25, 2009