# EXHIBIT H

PAGE 2/4 * RCVD AT 10/30/2009 8:48:49 AM [Eastern Daylight Time] * SVR:DCFAX01/0 * DNIS:6285116 * CSID:202 307 1514 * DURATION (mm-ss):00-49

October 30, 2009

Francois KARAKE                                         A079 187 167
C/O Immigration and Customs Enforcement
Washington Field Office

### Response to Second Request for Extension of Time

On August 25, 2009, U.S. Immigration and Customs Enforcement (ICE) served you with a Notice of Potential Termination of Deferral of Removal, which afforded you the opportunity to provide evidence to ICE concerning why the assurances received from the Government of Rwanda should not be credited, within 21 days of the date of the Notice. By letter request, dated September 3, 2009, you sought additional time - 45 days - to respond to the Notice. On September 14, 2009, ICE granted this request, extending the deadline to submit such evidence to October 30, 2009. By letter request, dated October 29, 2009, you sought a second extension of time—until November 6, 2009—to respond to the Notice. Your second request for an extension of time is granted. Any evidence must be received by ICE on or before **November 6, 2009**.

PAGE 3/4 * RCVD AT 10/30/2009 8:48:49 AM [Eastern Daylight Time] * SVR:DCFAX01/0 * DNIS:6285116 * CSID:202 307 1514 * DURATION (mm-ss):00-49

October 30, 2009

**Response to Request for Extension of Time**
A079 187 167 – KARAKE

## PROOF OF SERVICE

(1) **Personal Service (Officer to complete both (a) and (b) below.)**

    (a)   I _____, _____,
                    Name of ICE Officer                             Title

certify that I served _____ with a
                                 Name of detainee

copy of this Response to Second Extension for Extension of Time at

_____
        Institution

on _____, at _____.
      Date             Time

    (b)   I certify that I served the custodian _____,
                                                       Name of Official
_____, at _____, on
        Title                                              Institution
_____ with a copy of this document.
     Date

## OR

(2) **Service by certified mail, return receipt. (Attach copy of receipt)**

    I _____, _____,
certify
               Name of ICE Officer                Title
that I served _____and the custodian _____,
                    Name of detainee                              Name of Official
with a copy of this document by certified mail at _____on _____.
                                                 Institution       Date

PAGE 4/4 * RCVD AT 10/30/2009 8:48:49 AM [Eastern Daylight Time] * SVR:DCFAX01/0 * DNIS:6285116 * CSID:202 307 1514 * DURATION (mm-ss):00-49

## CERTIFICATE OF SERVICE

On October 30, 2009, I, Lolita Lukose faxed a copy of this document to Matt Scarlotto at 202-628-5116. On October 30, 2009, I, Lolita Lukose, sent by regular mail, a copy of this document and any attached pages to the respondent's counsel at the following address:

Mr. Matt Scarloto, Esq.
Crowell & Morning
1001 Pennsylvania Avenue, NW
Washington DC 20004

Lolita Lukose
Assistant Chief Counsel
Department of Homeland Security
Immigration and Customs Enforcement
901 N Stuart Street, Suite 708
Arlington, VA 22203

Date: October 30, 2009