# EXHIBIT J



# Law and Reality

## Progress in Judicial Reform in Rwanda



JULY 2008                                        1-56432-366-8

# Law and Reality
## Progress in Judicial Reform in Rwanda
I. Summary ........................................................................................................................... 1

II. Methodology .................................................................................................................... 6

III. Recommendations ........................................................................................................... 7
    To the Rwandan government ............................................................................................ 7
    To the judicial system ....................................................................................................... 7
    To the Rwandan legislature .............................................................................................. 8
    To donors ......................................................................................................................... 8

IV. Background ................................................................................................................... 10

V. Justice for the Genocide ................................................................................................. 12
    Practical Problems: Turning on the Lights ....................................................................... 12
    Identifying and Prosecuting Perpetrators: the Issue of Scale ........................................... 13
    The Legal Basis for Prosecution ...................................................................................... 14
    Prosecution in Conventional Courts ................................................................................ 16
    *Gacaca*: Popular or Political Justice? ............................................................................. 17
    "Justice is a Political Problem" ....................................................................................... 19
    Reclassification by Administrative Decision ................................................................... 21

VI. Creating a Modern Professional Judicial System ........................................................... 23
    Fewer Courts .................................................................................................................. 24
    Administrative Autonomy ............................................................................................... 26
    More Highly Trained Personnel ...................................................................................... 27
    Increased Efficiency ....................................................................................................... 28
    Greater Speed for Justice—but not for Genocide Cases .................................................. 29
    Improved Protection for Human Rights ........................................................................... 31

VII. "Divisionism" and "Genocide Ideology" ...................................................................... 34
    Imprecise Laws .............................................................................................................. 34

One Truth ............................................................................................................. 36
The Campaign against "Divisionism" and "Genocide Ideology" ...................... 37
Prosecutions of "Divisionism" and "Genocide Ideology" ............................... 40
The New Law on "Genocide Ideology" ............................................................. 41

**VIII. Independence of the Judiciary ..................................................................... 44**
Law and Reality .................................................................................................. 44
Limits on Administrative Autonomy ................................................................. 45
Misuse of Prosecutorial Power .......................................................................... 46
Interference in Judicial Cases ............................................................................ 51
Political Cases ..................................................................................................... 52
Genocide cases .................................................................................................. 60
Other Cases ........................................................................................................ 64
Consequences of Trying to Remain Independent .......................................... 66
Lack of Respect for Judicial Orders .................................................................. 67

**IX. Challenges to Fair Trial Standards ................................................................. 70**
The Presumption of Innocence ......................................................................... 70
The Right to Present Witnesses ........................................................................ 73
The Right to Legal Counsel ............................................................................... 78
The Right to Humane conditions of Detention and Freedom from Torture .... 82
Protection from Double Jeopardy .................................................................... 85
Monitoring Trials ............................................................................................... 87

**X. Equal Access to Justice: Prosecuting Crimes by RPA Soldiers ..................... 89**
Interface with Other Judicial Systems .............................................................. 94

**XI. Future Plans for Justice ................................................................................. 96**

**XII. International Support .................................................................................. 98**

**XIII. Acknowledgments ...................................................................................... 100**

**XIV. Annex 1 - Number of Genocide Cases Judged ......................................... 101**

**XV. Annex 2 - Analysis of RPA prosecutions by the Rwandan government for crimes committed in the year 1994 ..................................................................... 103**

Bagambiki was acquitted by the ICTR, a decision that Rwandan judicial officials called "unforgiveable" and "ridiculous."[142] Soon after Rwandan prosecutors brought charges of rape against Bagambiki and obtained his conviction *inabsentia* on October 10, 2007. Rwanda is seeking his extradition from Belgium where he now lives.[143]

Rape charges have also been brought in the final stages of *gacaca* proceedings when it appeared that the defendants were about to be acquitted on other charges. In two trials in the last year, for example, one in southern Rwanda, one in western Rwanda, each defendant was charged with category two genocidal crimes. When it became clear that the jurisdictions were not going to convict them on those charges, the accusers brought charges of rape against each, an accusation that had not been previously mentioned.[144]

## The Production of Evidence

Anxious to obtain or to assist foreign colleagues in obtaining convictions, some Rwandan prosecutors have presented testimony in court which they knew or should have known was obtained through duress or torture.[145] In other cases, they have distorted or assisted witnesses in distorting the plain meaning of written evidence, or have kept exculpatory evidence from counsel for the accused.[146]

Since 2006 the Rwandan government has undertaken strenuous efforts to identify persons suspected of genocide and to obtain their prosecution in the countries of current residence or their extradition to Rwanda for trial. Some 250 suspects have been located and Rwandan prosecutors have sought to facilitate prosecutions or

---

[142] James Munyaneza, "Rwanda plots Bagambiki's re-arrest," *The New Times*, (accessed May 16, 2008) http://www.rwandagateway.org/article.php3?id_article=2215; Hirondelle News Agency, Fondation Hirondelle, "La Ville des acquittés du TPIR reste divisée, " February 10, 2006.

[143] Hirondelle News Agency, "Belgium investigates acquitted ex-Rwandan governor Bagambiki," (Lausanne), June 3, 2008; Hirondelle News Agency, "Govt intends to prosecute ex-Governor Emmanuel Bagambiki for rape," March 8, 2006. AFP, "Rwandan Official Guilty of Rape," accessed May 12, 2008) http://www.thetimes.co.za/News/Article.aspx?id=584846.

[144] Human Rights Watch, interview, jurist, October 17, 2007; electronic communications, October 8, 16, 19, 30, November 6, 7, 8, 2007.

[145] See below for cases of Bizimungu and Kavutse.

[146] See below for cases of Nyirakabano and Theunis .

extraditions in a number of countries, including Denmark, the United Kingdom, New Zealand, Canada, the United States, the Netherlands, Belgium, and Finland.

In several cases, prosecutors from other national systems have found that the evidence upon which the Rwandan authorities issued arrest warrants was insufficient or erroneous. In Denmark, Sylvain Ahorugeze, arrested on the basis of a Rwandan warrant in September 2006 was freed in August 2007 after Danish investigators were unable to substantiate the charges brought against him.[147] Danish investigators who had gone door to door doing their own inquiry in Kigali judged testimonies in the Rwandan judicial file unconvincing. In April 2008, Ahorugeze was awarded nearly 1 million Danish kronen in damages for false arrest.[148] In a case in New Zealand, the accused person was able to present written documentation of his presence outside of Rwanda that appeared to contradict testimonies presented by Rwandan prosecutors about crimes he allegedly committed inside the country.[149]

Concerned to bring accused persons back rapidly to Rwanda, prosecutors have not hurried to bring to trial the one person thus far returned to Rwandan custody. In 2005 Rwandan judicial authorities obtained the return of Enos Kagaba whom they wished to try on charges of genocide. Sent back by the United States on the grounds of having violated immigration regulations, Kagaba was assured of a prompt trial, according to Prosecutor General Martin Ngoga. As of early 2008, he had not yet been tried.[150]

## Interference in Judicial Cases

A former minister of justice, judges and former judges, former prosecutors, and lawyers all recounted cases of interference with the judicial system that they had experienced or knew of in some detail. A former official well-acquainted with such practices said that judges in important cases were rarely bought off, but were subject

---

[147] Reuters, "Denmark Arrests Suspect in Rwanda Genocide," September 8, 2006

[148] Human Rights Watch interview with Danish official, March 10, 2007; electronic communications with Danish official, March 19 and 20, 2007; Rwanda News Agency (RNA) ; Les Nouvelles de Kigali a Bruxelles, "1 million de DKK pour unsuspect du génocide," (accessed April 27, 2008) http://www.nkb-journal.com/spip.php?sommaire&var_mode=calcul

[149] Human Rights Watch, electronic communication, July 21, 2007.

[150] Fondation Hirondelle, "Extradited Genocide Suspect to Face Gacaca in Rwanda", April 25, 2005; Human Rights Watch electronic communication from U.S. official, January 25, 2008.