IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCOIS KARAKE, ) | |
| ) | |
| LEONIDAS BIMENYIMANA, ) | |
| ) | |
| GREGOIRE NYAMINANI, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 09-2082 (RMU) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to this Court's November 5, 2010 Order, the parties hereby jointly submit this status report regarding Plaintiffs' deferral of removal status, deportation proceedings, and Defendant U.S. Department of Homeland Security's ("DHS") decision to credit the diplomatic assurances provided by Rwanda and forwarded by the Deputy Secretary of State.

On June 11, 2010, the Assistant Secretary of Homeland Security for Immigration and Customs Enforcement issued a Notice of Decision to Credit Assurances. That notice provided Plaintiffs 21 days, or until July 2, 2010, to submit written argument and evidence to Deputy Secretary of Homeland Security Jane Holl Lute concerning whether their respective deferrals of removal should be terminated based on the diplomatic assurances. On June 15, 2010, Plaintiffs requested a 31-day extension of time to present evidence. As noted in the Court's Order, based on that request, Plaintiffs were given until August 2, 2010 to respond. By and through their counsel, Plaintiffs presented evidence to DHS in support of their position by electronic mail on

August 2.  On August 19, Deputy Secretary Lute acknowledged receipt of Plaintiffs' submission by facsimile to Plaintiffs' counsel and stated that the "matter is under consideration."  Deputy Secretary Lute further indicated that she would inform Plaintiffs "if additional information . . . regarding this matter would aid in [her] consideration of [Plaintiffs'] submission and the remainder of the record."  Since August 19, the matter has been under active consideration at DHS, and Plaintiffs have remained in detention pending decision by the Deputy Secretary.

November 17, 2010                                    Respectfully submitted,

                                                     TONY WEST
                                                     Assistant Attorney General, Civil Division

                                                     DAVID J. KLINE
                                                     Director, District Court Section
                                                     Office of Immigration Litigation

                                                     VICTOR M. LAWRENCE
                                                     D.C. Bar No. 449052
                                                     Principal Assistant Director
                                                     District Court Section
                                                     Office of Immigration Litigation

                                                     By: /s/ Kimberly E. Wiggans
                                                     KIMBERLY E. WIGGANS
                                                     Trial Attorney, District Court Section
                                                     U.S. Department of Justice
                                                     450 5th Street, NW
                                                     Washington, DC 20001
                                                     (202) 532-4667
                                                     (202) 616-8962
                                                     Kimberly.Wiggans@usdoj.gov

                                                     *Attorneys for Defendant U.S. Department of Homeland Security*

/s/ Michael L. Martinez
Michael L. Martinez (D.C. Bar No. 347310)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500
mmartinez@crowell.com

*Attorney for Plaintiff Francois Karake*

Jeffrey B. O'Toole (D.C. Bar No. 244509)
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C.  20036
Tel:  (202) 775-1550
Fax:  (202) 775-0008
Email:  otoole@otrons.com

*Attorney for Plaintiff Leonidas Bimenyimana*

Reita Pendry  (D.C. Bar No. 327775)
601 Pennsylvania Avenue, N.W.
Suite 900 S.
Washington, D.C.  20004
Tel:  (202) 220-3052
Fax:  (301) 320-3948
Email:  rpendry@bellsouth.net

*Attorney for Plaintiff Gregoire Nyaminani*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2010, I electronically filed the foregoing Joint Status Report with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and an electronic link to the same to the following attorneys of record:

Michael L. Martinez
Matthew F. Scarlato
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
mmartinez@crowell.com
mscarlato@crowell.com

Jeffrey Brian O'Toole
O'TOOLE, ROTHWELL, NASSAU & STEINBACH
1350 Connecticut Avenue, NW
Suite 200
Washington, DC 20036
otoole@otrons.com

Reita Pendry
P.O. Box 5432
Charlotte, NC 28299
rpendry@bellsouth.net

                                                /s/ Kimberly E. Wiggans
                                                Kimberly E. Wiggans
                                                Trial Attorney
                                                U.S. Department of Justice