IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONIDAS BIMENYIMANA, ) | |
| ) | |
| FRANCOIS KARAKE, ) | |
| ) | |
| GREGOIRE NYAMINANI, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 09-2082 |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to this Court's November 17, 2010 Minute Order, the parties hereby jointly submit this status report regarding Plaintiffs' grants of deferral of removal, the status of removal proceedings, and Defendant U.S. Department of Homeland Security's ("DHS") decision to credit the diplomatic assurances provided by the Government of Rwanda and forwarded by the Deputy Secretary of State.

On May 1, 2013, Deputy Secretary of Homeland Security Jane Holl Lute terminated deferral of removal for all three plaintiffs in this case and ordered that their removals be executed on or after thirty days from the date of that decision. Deputy Secretary Lute concluded that the Rwandan Government's diplomatic assurances, though not legally binding, are nevertheless sufficiently reliable to allow for Plaintiffs' removal to Rwanda consistent with the U.S. Government's nonrefoulement obligations under Article 3 of the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, Dec. 10, 1984, S. TREATY

DOC. NO. 100-20 (1988), 1465 U.N.T.S. 85 (codified in pertinent part at 8 C.F.R. §§ 208.16 - .18 and 1208.16 - .18). Plaintiffs received notice of DHS's Termination Decision and Order by telephone and facsimile on the evening of May 3, 2013.

May 13, 2013                                       Respectfully submitted,

                                        STUART F. DELERY
                                      Acting Assistant Attorney General

                                        DAVID J. KLINE
                                        Director, District Court Section
                                        Office of Immigration Litigation

                                        JEFFREY S. ROBINS
                                        Assistant Director
                                        District Court Section
                                        Office of Immigration Litigation

                                        /s/ Craig A. Defoe
                                        CRAIG A. DEFOE
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division
                                        Office of Immigration Litigation
                                        District Court Section
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        (202) 532-4114
                                        (202) 305-7000
                                        Craig.Defoe@usdoj.gov

                                        *Counsel for Defendant U.S. Department of*
                                        *Homeland Security*


                                        /s/      John McCarthy
                                        John McCarthy
                                        Ryan C. Tisch
                                        David Y. Chung
                                        Crowell & Moring LLP
                                        1001 Pennsylvania Avenue, N.W.
                                        Washington, D.C.  20004
                                        (202) 624-2500
                                        (202) 628-5116

JMcCarthy@crowell.com

*Counsel for Plaintiff Francois Karake*

Jeffrey B. O'Toole
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C.  20036
(202) 775-1550
(202) 775-0008
otoole@otrons.com

*Counsel for Plaintiff Leonidas Bimenyimana*

Evelina J. Norwinski
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004
(202) 942-5000
(202) 942-5999
Evelina.Norwinski@aporter.com

*Counsel for Plaintiff Gregoire Nyaminani*